# UNITED STATES DISTRICT COURT

District of _____

KENNETH L. HUNT

Plaintiff

V.

COMMONWEALTH

Defendant

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE NUMBER:

I, _____ declare that I am the (check appropriate box)

☒ petitioner/~~movant~~ ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the ~~complaint~~/petition/~~motion~~.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    ☒ Yes    ☐ No    (If "No," go to Part 2)

   If "Yes," state the place of your incarceration M.C.I-Shirley-medium /D.O.C. facility

   Are you employed at the institution? Yes    Do you receive any payment from the    yes

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?    ☐ Yes    ☒ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.
   
   N/A

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.
   
   N/A

3. In the past 12 twelve months have you received any money from any of the following sources?

   | | | Yes | No |
   |---|---|---|---|
   | a. | Business, profession or other self-employment | ☐ | ☒ |
   | b. | Rent payments, interest or dividends | ☐ | ☒ |
   | c. | Pensions, annuities or life insurance payments | ☐ | ☒ |
   | d. | Disability or workers compensation payments | ☐ | ☒ |
   | e. | Gifts or inheritances | ☐ | ☒ |
   | f. | Any other sources | ☐ | ☒ |

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

4. Do you have any cash or checking or savings accounts?    ☐ Yes    ☒ No

   If "Yes," state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?    ☐ Yes    ☒ No

   If "Yes," describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

   NONE

I declare under penalty of perjury that the above information is true and correct.

3/31/2004
Date

Kenneth L. Hunt
Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed IFP shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date : 20040310 10:53

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Commit# : | W39104 | | | | MCI SHIRLEY (MEDIUM) | | | Page : | 1 |
| Name : | HUNT, KENNETH, , | | | | Statement From | 20031201 | | | |
| Inst : | MCI SHIRLEY (MEDIUM) | | | | To | 20040310 | | | |
| Block : | B-2 | | | | | | | | |
| Cell/Bed : | 41 /41B | | | | | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Total Transaction before this Period : | $998.79 | $356.17 | $10.52 | $10.52 |
| 20031203 23:00 | PY - Payroll | 2043398 | | SHI | ~20031116 To 20031122 | $14.00 | $0.00 | $0.00 | $0.00 |
| 20031209 13:37 | IS - Interest | 2060762 | | SHI | | $0.82 | $0.00 | $0.00 | $0.00 |
| 20031209 22:30 | CN - Canteen | 2077482 | | SHI | ~Canteen Date : 20031209 | $0.00 | $13.78 | $0.00 | $0.00 |
| 20031210 23:00 | PY - Payroll | 2088624 | | SHI | ~20031123 To 20031129 | $14.00 | $0.00 | $0.00 | $0.00 |
| 20031222 22:30 | CN - Canteen | 2139248 | | SHI | ~Canteen Date : 20031222 | $0.00 | $25.84 | $0.00 | $0.00 |
| 20040106 22:30 | CN - Canteen | 2200594 | | SHI | ~Canteen Date : 20040106 | $0.00 | $26.34 | $0.00 | $0.00 |
| 20040107 23:08 | PY - Payroll | 2211452 | | SHI | ~20031221 To 20031227 | $14.00 | $0.00 | $0.00 | $0.00 |
| 20040113 12:01 | IS - Interest | 2228338 | | SHI | | $0.87 | $0.00 | $0.00 | $0.00 |
| 20040114 23:07 | PY - Payroll | 2256048 | | SHI | ~20031228 To 20040103 | $14.00 | $0.00 | $0.00 | $0.00 |
| 20040121 23:11 | PY - Payroll | 2283288 | | SHI | ~20040104 To 20040110 | $14.00 | $0.00 | $0.00 | $0.00 |
| 20040128 23:07 | PY - Payroll | 2312246 | | SHI | ~20040111 To 20040117 | $14.00 | $0.00 | $0.00 | $0.00 |
| 20040203 22:31 | CN - Canteen | 2330927 | | SHI | ~Canteen Date : 20040203 | $0.00 | $29.51 | $0.00 | $0.00 |
| 20040204 23:07 | PY - Payroll | 2340057 | | SHI | ~20040118 To 20040124 | $14.00 | $0.00 | $0.00 | $0.00 |
| 20040210 11:35 | IS - Interest | 2357957 | | SHI | | $0.83 | $0.00 | $0.00 | $0.00 |
| 20040211 23:09 | PY - Payroll | 2385064 | | SHI | ~20040125 To 20040131 | $14.00 | $0.00 | $0.00 | $0.00 |
| 20040218 23:07 | PY - Payroll | 2412785 | | SHI | ~20040201 To 20040207 | $14.00 | $0.00 | $0.00 | $0.00 |
| 20040225 23:01 | PY - Payroll | 2442183 | | SHI | ~20040208 To 20040214 | $14.00 | $0.00 | $0.00 | $0.00 |
| 20040302 22:30 | CN - Canteen | 2460759 | | SHI | ~Canteen Date : 20040302 | $0.00 | $29.89 | $0.00 | $0.00 |
| 20040303 23:01 | PY - Payroll | 2471583 | | SHI | ~20040215 To 20040221 | $14.00 | $0.00 | $0.00 | $0.00 |
| 20040309 14:53 | IS - Interest | 2489423 | | SHI | | $0.84 | $0.00 | $0.00 | $0.00 |
| | | | | | | $157.36 | $125.36 | $0.00 | $0.00 |

Balance as of ending date :   Personal $674.62   Savings $0.00

Current Balances :

| Personal | Savings | Freeze | Loan | Restitution | Sentence |
|---|---|---|---|---|---|
| $674.62 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

3 months

forward copy of court request