UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL NO. 04-10689-RGS

KENNETH L. HUNT

v.

COMMONWEALTH

**ORDER**

April 8, 2004

STEARNS, D.J.

Petitioner Kenneth L. Hunt shall, within forty-five (45) days of the date of this Order, refile a verified (sworn) petition for writ of habeas corpus together with a statement explaining why the petition is not barred by the one-year statute of limitations of the Antiterrorism and Effective Death Penalty Act, 28 U.S.C. § 2244(d)(1).

SO ORDERED.

/s/ Richard G. Stearns

_____
UNITED STATES DISTRICT JUDGE