UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Kenneth L. Hunt,
          Plaintiff,

v.                                    Civil Action No.  04-10689-RGS

Commonwealth,
          Defendant.

ORDER ON APPLICATION TO
PROCEED WITHOUT PREPAYMENT OF FEES

Now before the Court is plaintiff's application to proceed without prepayment of fees and affidavit under 28 U.S.C. § 1915:

The application to proceed without prepayment of fees is:

G    GRANTED.

☒    DENIED for the following reason(s):

    The application is moot.  Petitioner paid the $5 filing fee on April 2, 2004.

G    It is FURTHER ORDERED that petitioner must pay the $5 filing fee within 42 days of the date of this Order, or this case will be dismissed without prejudice.

SO ORDERED.

 4/8/04                                       s/ Richard G. Stearns
DATE                                          UNITED STATES DISTRICT JUDGE