FILED
IN CLERKS OFFICE

UNITED STATED OF AMERICA
DISTRICT FOR MASSACHUSETTS

U.S. DISTRICT COURT
DISTRICT OF MASS.

SUFFOLK COUNTY.ss                                   CASE NO.04-10689-RGS

COMMONWEALTH. APPELLE

VS

KENNETH L. HUNT APPELLANT

NOTICE OF MOTION FOR ASSIGNMENT OF COUNSEL
AND GRANTING LEAVE TO APPEAL IN FORMA
PAUPERIS-FEDERAL

PLEASE TAKE NOTICE that upon the duly verified petition of
Kenneth L. Hunt and upon all the proceedings had herein,
A motion will be made at a term of the S.J.C./SUFFOLK Court,
Held at the united states District Courthouse, Street Address,
City, State, on date at 11/21/2003 a.m./p.m for the following
the following relief:

1. That an order issue granting assignment of counsel
2. That an order issue granting leave to appeal in forma
pauperis and permitting the appeal herein to be heard

1

on the original papers in the Court below without printing the same, And upon typewritten copies of the points of appeal. 3. That an order issue granting a reasonable extension of time in which to perfect the appeal herein and for such other and further relief as to the court may seem Just and proper.

## CERTIFICATE OF SERVICE

I, KENNETH L. HUNT hereby cretifies that I have served one copy of the defendant's motion for new trial, and be sent pre-paid mail to the district attorneys office hall fo Justice 50 state street springfield mass sworn under the pains and penalties of perjury the the _Thurs_ day of _5/6_ 2004

RESPECTFULLY SUBMITTED
BY THE DEFENDANT

_Kenneth L Hunt_
KENNETH L. HUNT, Pro-se
M.C.I. SHIRLEY (MED.)
P.O. BOX MA 01464

DATE _5/6_ 2000 4