UNITED STATED OF AMERICA
DISTRICT FOR MASSACHUSETTS

FILED
IN CLERKS OFFICE
2004 MAY -5  P 1:41
U.S. DISTRICT COURT
DISTRICT OF MASS.

SUFFOLK COUNTY.ss                               CASE NO.04-10689-RGS


COMMONWALTH APPELLE

VS

KENNETH L. HUNT APPELLANT


DEFENDAND'S AFFIDAVIT IN SUPPORT OF MOTION FOR
ASSIGNMENT OF COUNSEL AND GRANTING LEAVE TO
APPEAL IN FORMA PAUPERIS-FEDERAL
_____

KENNETH L. HUNT being buly sworn, Deposes and says:

1. I am the defendant-Appellant in the above-entitled case.
I make this motion for an order granting assignmant of
counsel,Granting leave to appeal in forma pauperis,And for
an order permitting the appeal herein to be heard on the
original papers on file in the court below, Without printing
the same,And upon typewritten copies of appellant's
points on appeal, Defendant states that he is an indigent
person and cannot financially afford to retain counsel to

1.

represent him. Further, Defendant states that counsel is needed to assist him in adequately presenting his claims. Wherefore, Defendant prays that counsel be appointed to represent the above named defendant forthwith.

### CERTIFICATE OF SERVICE

I, KENNETH L. HUNT hereby crefifies that I have served one copy of the defendant's motion for new trial, and be sent pre-paid mail to the district attorneys office hall of Justice 50 state street springfield mass sworn under the pains and penalties of perjury the __Thurs__ day of __5/6__ 2004

RESPECTFULLY SUBMITTED
BY THE DEFENDANT,

_Kenneth L Hunt_
KENNETH L. HUNT, pro-se
p.o. box 1218
shirley, MA 01464

DATE __5/6__ 200 4

2.