UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Kenneth L. Hunt                  ,
                                    Plaintiff,

               v.                                    Civil Action No.  04-10689-RGS

    Commonwealth ,
                                  Defendant.

ORDER ON APPLICATION TO
PROCEED WITHOUT PREPAYMENT OF FEES

Now before the Court is plaintiff's application to proceed without prepayment of fees and affidavit under 28 U.S.C. § 1915:

The application to proceed without prepayment of fees is:

**G**     GRANTED.

☒     DENIED for the following reason(s):

        The application is moot.  Petitioner paid the $5 filing fee on April 2, 2004.

**G**     It is FURTHER ORDERED that petitioner must pay the $5 filing fee within 42 days of the date of this Order, or this case will be dismissed without prejudice.


SO ORDERED.


    5/11/04                                        S/ Richard G. Stearns
DATE                                            UNITED STATES DISTRICT JUDGE