UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

<u>KENNETH L. HUNT</u>,
        Petitioner,

        v.

<u>COMMONWEALTH</u>,
        Respondent.

CIVIL ACTION

NO. 04-10689-RGS

## O R D E R

On May 4, 2004, petitioner Kenneth L. Hunt, an inmate at MCI-Shirley, submitted a verified petition for a writ of habeas corpus under 28 U.S.C. § 2254.

Pursuant to Rule 4 of the Rules Governing Section 2254 cases, the Clerk of this Court shall serve a copy of the Petition for a Writ of Habeas Corpus by mailing copies of the same, certified mail, to (1) Paul Verdini, Superintendent, Massachusetts Correctional Institution - Shirley, P.O. Box 1218, Shirley, MA 01464; AND (2) Cathryn A. Neaves, Assistant Attorney General, Office of the Attorney General, One Ashburton Place, Boston, Massachusetts 02108.

It is further ordered that Respondent shall, within 20 days of receipt of this Order, file an answer (or other proper responsive pleading) to the Petition for Writ of Habeas Corpus.

This Court further requests Respondent, as part of the return, to file such documents which reflect on whether Petitioner has exhausted his available state remedies with respect to the matters raised by the Petition.

 5/11/04                                         S/ Richard G. Stearns
  DATE                                     UNITED STATES DISTRICT JUDGE