UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 MAY 26  P 12: 05

U.S. DISTRICT COURT
DISTRICT OF MASS.

|  |  |
|---|---|
| KENNETH L. HUNT<br>Petitioner,<br><br>v.<br><br>PAUL M. VERDINI,<br>Respondent. | Civil Action No. 04-10689-RGS |

## NOTICE OF APPEARANCE

Pursuant to Local Rule 83.5.2(a), please enter my appearance as counsel of record for Paul M. Verdini, Superintendent of the Massachusetts Correctional Institution – Shirley, the respondent in the above-captioned action.

Respectfully submitted,

THOMAS F. REILLY
Attorney General

*/s/ Eva M. Badway*

Eva M. Badway
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, Massachusetts 02108
(617) 727-2200, ext. 2824
BBO # 635431

Dated: May 26, 2004

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above Notice of Appearance was served on Kenneth L. Hunt, *pro se*, MCI-Shirley, P.O. Box 1218, Shirley, Massachusetts 01464, by first class mail, postage prepaid, on May 26, 2004.

*/s/ Eva M. Badway*

Eva M. Badway