UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERK'S OFFICE

2004 MAY 26  P 12: 05

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| KENNETH L. HUNT ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 04-10689-RGS |
| ) | |
| PAUL M. VERDINI, ) | |
| Respondent. ) | |

### RESPONDENT'S MOTION TO DISMISS

Paul M. Verdini, Superintendent of the Massachusetts Correctional Institution – Shirley, the respondent, respectfully moves this Court to dismiss the above-captioned petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 on the ground that the petition is time-barred. *See* 28 U.S.C. § 2244(d)(1). In further support of this motion, the respondent has filed herewith a memorandum of law.

WHEREFORE, the respondent respectfully requests that this Court dismiss this petition with prejudice.

Respectfully submitted,

THOMAS F. REILLY
Attorney General

Eva M. Badway
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, Massachusetts 02108
(617) 727-2200, ext. 2824
BBO # 635431

Dated: May 26, 2004

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above <u>Respondent's Motion to Dismiss</u> was served on Kenneth L. Hunt, *pro se*, MCI-Shirley, P.O. Box 1218, Shirley, Massachusetts 01464, by first class mail, postage prepaid, on May 26, 2004.

_____
Eva M. Badway