UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-10689- RGS

KENNETH L. HUNT

v.

PAUL VERDINI, Superintendent of
Massachusetts Correctional Institution, Shirley

ORDER

October 14, 2004

STEARNS, D.J.

On April 2, 2004, plaintiff Kenneth L. Hunt filed a Petition for Writ of Habeas Corpus. On May 26, 2004, defendant Paul Verdini, the Superintendent of the Massachusetts Correctional Institution at Shirley, filed a Motion to Dismiss the Petition. As no opposition to the motion has been filed, the Motion is <u>ALLOWED</u>.

SO ORDERED.

/s/ Richard G. Stearns

_____
UNITED STATES DISTRICT JUDGE